KIPP, Appellant, v. F. W. WOOLWORTH & CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Mary E. Kipp against F. W. Woolworth & Co. No opinion. Judgment and order unanimously affirmed, with costs, on authority of Kipp v. Woolworth & Co., 150 App. Div. 283, 134 N. Y. Supp. 646.

KIRCHNER, Appellant, v. ECK et al., Respondents. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by George Edward Kirchner against Edward A. W. Eck and others. No opinion. Judgment unanimously affirmed, with costs.

KIRSHMAN, Respondent, v. CRAWFORD–PLUMMER CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Harry Kirshman, doing business as Kirshman Bros., against the Crawford-Plummer Company. A. G. McLaughlin, of New York City, for appellant. H. A. Friedman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KLEIN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Susan Klein against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

KLEINWACHTER, Appellant, v. NEW YORK ARCHITECTURAL TERRA COTTA CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Ludwig Kleinwachter, as administrator, etc., of Ladislaus Kupecz, deceased, against the New York Architectural Terra Cotta Company. No opinion. Judgment unanimously affirmed, with costs.

KNOCHE, Appellant, v. BOHEMIAN AMERICAN WORKINGMEN'S GYMNASTIC ASS'N (SOKOL), Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Godfrey Knoche against the Bohemian American Workingmen's Gymnastic Association (Sokol). J. P. Donnellon, for appellant. M. Sulzberger, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

KOEHN, Respondent, v. METZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Herman Koehn against Gustave Metz and others. No opinion. Judgment and order affirmed, with costs.

KOELLHOFFER et al. v. PETERSEN. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Louise Koellhoffer and another, as executors, etc., of Silverius A. Koellhoffer, deceased, against Andrew N. Petersen, impleaded with others. No opinion. Judgment modified, by striking out the provision for personal judgment against the appellant Petersen, and by striking out the provision for extra allowance against said appellant, and, as modified, affirmed, without costs. For opinion below, see 82 Misc. Rep. 180, 143 N. Y. Supp. 353.

KRAMER v. GRAND LODGE, ETC., FREE SONS OF ISRAEL. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Mina Kramer against the Grand Lodge, etc., Free Sons of Israel. No opinion. Application denied, with $10 costs. Order signed.

KRATKA v. BOSTON & M. R. R. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by Paul Kratka against the Boston & Maine Railroad. No opinion. Motion denied. See, also, 147 N. Y. Supp. 751.

KROMER, Appellant, v. KLETT, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Edward Kromer against Louisa Klett, individually and as executrix, etc., of Martin Klett, deceased. No opinion. The examination and decision of this case have not been affected by any alleged insufficiency in the findings, but upon the pertinent facts it is considered that the judgment should be affirmed. Judgment affirmed, with costs. See, also, 148 N. Y. Supp. 1125.

KROMER, Appellant, v. KLETT, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Edward Kromer against Louisa Klett, individually and as executrix, etc., of Martin Klett, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See decision in 148 N. Y. Supp. 1125, decided herewith.

KRUG et al., Respondents, v. DIAMOND TOBACCO CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Frank C. Krug and another against the Diamond Tobacco Company. For former decision, see 147 N. Y. Supp. 1121.

PER CURIAM. Motion to amend decision denied, without costs. Held, that no amendment of our decision is necessary to permit a motion at Special Term for leave to renew the original motion on additional affidavits.

LACIER v. JACKSON MOTOR CO. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Robert J. Lacier against the Jackson Motor Company. No opinion. Motion denied with $10 costs. Order filed. See, also, 147 N. Y. Supp. 584.

LANCASTER SEA BEACH IMPROVEMENT CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appel-